961 F.2d 209
 Midnight Sessions, Ltd., t/a After Midnight, Baker Ocean,
Inc., t/a Down South, Good Times Cafe, Inc., Welch
(Donald), Hunter (Sally), Manoff (Jack),
Singer (Richard), Heidinger (Curt)
v.
City of Philadelphia, City of Phila. Police Department,
CityofPhila. Dept. of Licenses & Inspections, City of Phila.
Board of License & Inspection Review, Kessler (Alan, Esq.),
Jordan (James, Jr.), Lynn (James), Rabutino (Anthony),
Schmollinger (Carl), Thomas (Larry), Tayoun (James),
 NO. 91-1672
 United States Court of Appeals,
Third Circuit.
 Mar 30, 1992
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 VACATED.